IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES B. JONES, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV420-262 |
| ) | |
| UNITED STATES OF AMERICA, and ) | |
| DISMISS CHARITIES, INC., ) | |
| ) | |
| Respondents. ) | |

## O R D E R

Before the Court is the Magistrate Judge's June 1, 2022, Report and Recommendation (Doc. 3), to which no party has filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 3) is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, Nos. 407CV085,

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

403CR001, 2009 WL 307872, at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see also Johnson v. Warden, Ga. Diagnostic & Classification Prison, 805 F.3d 1317, 1322 (11th Cir. 2015) (per curiam) ("In order to appeal from the dismissal of a § 2241 petition, a state prisoner must obtain a COA." (citations omitted)).

SO ORDERED this 25th day of July 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA